IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01006-MSK-BNB

JOHN STEPHEN HEANEY,

Plaintiff,

v.

DETECTIVE JAMES COSTIGAN,
DETECTIVE MICHAEL CORDOVA,
DETECTIVE NOEL IKEDA,
OFFICER LUKE PALMITERE,
SERGEANT DANIEL STEELE,
ALL LAW ENFORCEMENT OFFICERS EMPLOYED BY THE DENVER POLICE
DEPARTMENT, and
THE CITY AND COUNTY OF DENVER, COLORADO,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order and for Extensions of Time** [docket no. 40, filed May 26, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
The parties shall designate all experts and provide opposing
counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
on or before **June 16, 2010**;

The parties shall designate all rebuttal experts and provide
opposing counsel with all information specified in Fed. R. Civ. P.
26(a)(2) on or before **July 16, 2010**;

Discovery Cut-Off: **August 16, 2010**;
Dispositive Motion Deadline: **September 24, 2010.**

DATED: May 28, 2010