IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01006-MSK-BNB

JOHN STEPHEN HEANEY,

Plaintiff,

v.

DETECTIVE JAMES COSTIGAN,
DETECTIVE MICHAEL CORDOVA,
DETECTIVE NOEL IKEDA,
OFFICER LUKE PALMITERE,
SERGEANT DANIEL STEELE,
ALL LAW ENFORCEMENT OFFICERS EMPLOYED BY THE DENVER POLICE
DEPARTMENT, and
THE CITY AND COUNTY OF DENVER, COLORADO,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Unopposed Motion to Modify Scheduling Order** [Doc. # 68, filed 11/8/2010] (the "Motion"). The Motion seeks an order extending the discovery cut-off through December 20, 2010, solely for the completion of a Rule 30(b)(6) deposition, and to extend the dispositive motion deadline to December 31, 2010. Good cause having been shown:

IT IS ORDERED that the Motion [Doc. # 68] is GRANTED, and the case schedule is modified to the following extent:

        Discovery Cut-Off:                   December 20, 2010

        Dispositive Motion Deadline:       December 31, 2010.

Dated November 9, 2010.

                                                                             BY THE COURT:

                                                                              s/ Boyd N. Boland
                                                                             United States Magistrate Judge