IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01006-MSK-BNB

JOHN STEPHEN HEANEY,

    Plaintiff,

v.

DETECTIVE JAMES COSTIGAN,
DETECTIVE MICHAEL CORDOVA,
DETECTIVE NOEL IKEDA,
OFFICER LUKE PALMITERE,
SERGEANT DANIEL STEELE,
ALL LAW ENFORCEMENT OFFICERS EMPLOYED BY THE DENVER POLICE DEPARTMENT; and
THE CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT PARTIES' JOINT MOTION UNDER FED.R.EVID. 702**
_____

    Plaintiff, through undersigned counsel, hereby requests leave from This Honorable Court to supplement Defendants' Parties' Joint Motion Under Fed.R.Evid. 702, and in support states as follows:

**CERTIFICATION OF CONFERRAL**

    Plaintiff conferred with Defendant in conformity with D.C.COLO.LCivR 7.1 regarding both the Motion for Leave and Plaintiff's Supplement to Defendants' "Parties' Joint Motion Under Fed.R.Evid. 702." Defendants do not object to Plaintiff's supplementation.

## DISCUSSION

1.  The deadline to file motions challenging expert opinion under Rule 702 was December 31, 2010.

2.  Defendants filed Defendants' Parties' Joint Motion Under Fed.R.Evid. 702 on December 30, 2010.

3.  Plaintiff also intended to file a motion to challenge the expert opinions of Defendants' experts, however Defendants filed the joint motion without completing the conferral required by Judge Krieger's Procedures for Rule 702 Motions.

4.  Plaintiff sent a draft of their contribution to the joint motion on December 30, 2010. However, the conferral was not completed. Rather than filing a motion that would be out of compliance with the Court's practice standards, Plaintiff filed his Motion to Strike Defendants' "Parties' Joint Motion Under Fed.R.Evid. 702" and to extend the Deadline to Submit Joint Rule 702 Motion on December 31, 2010 [*docket 76*].

5.  The Court set a hearing for January 20, 2011, at 4:00pm [d*ocket 78*] on the motion to strike and motion for extension of time. The Court's order indicated that the Court will also set a hearing date to make determination regarding the admissibility of opinions, based upon Defendant's "Parties' Joint Motion Under Fed.R.Evid. 702."

6.  In the case that the Court grants Plaintiff's motion to strike, it is anticipated that the Court will direct the parties to file a joint motion in conformity with the Court practice standards. However, if the Court sets a hearing on Defendant's "Parties' Joint Motion Under Fed.R.Evid. 702," then Plaintiff requests herein leave to supplement to assure that Plaintiff's challenges to Defendants' experts' opinions will be heard.

7. Plaintiff's Supplement to Defendants' Parties' Joint Motion Under Fed.R.Evid. 702 is attached as an exhibit to this motion for leave.

Wherefore, Plaintiff requests that This Honorable Court grant leave for Plaintiff to supplement Defendants' "Parties' Joint Motion Under Fed.R.Evid. 702."

Respectfully submitted this 14th day of January, 2011.

                                        ROSENTHAL & HEYMANN, LLC

                                        By:  **s/ Raymond K. Bryant**
                                        Raymond K. Bryant
                                        Rosenthal & Heymann, LLC
                                        1391 Speer Blvd., Suite 550
                                        Denver, Colorado 80204
                                        Phone: (303) 825-2223
                                        Fax:   (303) 825-2224
                                        ATTORNEY FOR PLAINTIFF HEANEY

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of January 2011, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT PARTIES' JOINT MOTION UNDER FED.R.EVID. 702** with the Clerk of Court using the CM/ECF system, which will send notification to the following:

Jamie Dyan Wynn
jwynn@bcjlpc.com

Marc F. Colin
mcolin@bcjlpc.com

Suzanne A. Fasing
Suzanne.Fasing@denvergov.org

Wendy Shea
Wendy.Shea@denvergov.org

                                                  *s/*           **Raymond K. Bryant**