**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                  Date: January 20, 2011
Court Reporter:      Kara Spitler

Civil Action No. 09-cv-1006-MSK

*Parties*:                                           *Counsel Appearing:*

JOHN STEPHEN HEANEY,                                 Lonn Heymann
                                                     Raymond Bryant

        Plaintiff,

v.

DETECTIVE JAMES COSTIGAN,                            Marc Colin
DETECTIVE MICHAEL CORDOVA,                           Suzanne Fasing
DETECTIVE NOEL IKEDA,
SERGEANT DANIEL STEELE,
ALL LAW ENFORCEMENT OFFICERS EMPLOYED
BY THE DENVER POLICE DEPARTMENT, and,
THE CITY AND COUNTY OF DENVER COLORADO,

        Defendant.

---

**COURTROOM MINUTES**

---

HEARING:   Law and Motion

**4:21 p.m.      Court in session.**

The Court addresses  Parties' Stipulated "Motion" To Dismiss Pursuant to Fed. R. Civ. P. 41(a)
(**Doc. #83**).

Statement by counsel Heymann.

**ORDER:**     Plaintiffs will amend the caption and delete Mr. Palmitere as a defendant in this
               case.  The stipulation submitted under Rule 41A acts as dismissal of all claims
               against Mr. Palmitere. The caption will also be amended to remove the reference

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

to all law enforcement officers. Parties' Stipulated "Motion" To Dismiss Pursuant
to Fed. R. Civ. P. 41(a) (**Doc. #83**) is **DENIED** as moot.

The Court addresses Parties' Joint Motion Pursuant to Rule 702 (**Doc. #74**)**;** Plaintiff's Motion to
Strike # 74, (**Doc. #76**) and Plaintiff's Unopposed Motion to Supplement #74 (**Doc. #81**)

**ORDER:**       Parties' Joint Motion Pursuant to Rule 702 (**Doc. #74**)**;** Plaintiff's Motion to
                 Strike # 74, (**Doc. #76**) and Plaintiff's Unopposed Motion to Supplement #74
                 (**Doc. #81**) are **DENIED** as moot**.**

**ORDER:**       Joint 702 Motion will be filed by **February 2, 2011**. The parties will specify the
                 amount of time needed for the hearing.

The Court addresses Plaintiff's Motion for Extension of Time to Respond to Motion for
Summary Judgment (**Doc. #82**).

**ORDER:**       Plaintiff's Motion for Extension of Time to Respond to Motion for Summary
                 Judgment (**Doc. #82**) is **GRANTED.  No further extensions will be granted.**

**4:37 p.m.       Court in recess.**

**Total Time:   16 minutes.**
**Hearing concluded.**