**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                                 Date:   March  9, 2011
Court Reporter:        Paul Zuckerman

Civil Action No. 09-cv-01006-MSK

*Parties*:                                                                   *Counsel Appearing:*

JOHN STEPHEN HEANEY,                                    Lonn Heymann
                                                                             Raymond Bryant

            Plaintiff,

v.

JAMES COSTIGAN,                                               Marc Colin
MICHAEL CORDOVA,                                         Suzanne Fasing
DETECTIVE NOEL IKEDA,
SERGEANT DANIEL STEELE,
ALL LAW ENFORCEMENT OFFICERS EMPLOYED
BY THE DENVER POLICE DEPARTMENT, and,
THE CITY AND COUNTY OF DENVER COLORADO,

            Defendants.

---

**COURTROOM MINUTES**

---

HEARING:      Motions (#75)

**11:17 a.m.      Court in session.**

The Court addresses the Joint Motion to Exclude Under Fed.R.Evid. 702 (**Doc. #75**)

Comments and questions from counsel.

The parties will re-submit the Joint Motion at which time a hearing will be set.

**ORDER:**      Joint Motion to Exclude Under Fed.R.Evid. 702 (**Doc. #75**) is **DENIED** with
                       leave to renew by **March 23, 2011**.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**11:32 p.m.     Court in recess.**

**Total Time:    15 minutes.**
**Hearing concluded.**