IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 09-cv-1009-MSK-BNB | Date: July 27, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| JOHN STEPHEN HEANEY | *Lonn M. Heymann* |
| **Plaintiff(s)** | |
| v. | |
| JAMES COSTIGAN | *Suzanne A. Fasing* |
| MICHAEL CORDOVA | |
| NOEL IKEDA | |
| DANIEL STEELE | |
| THE CITY AND COUNTY OF DENVER, CO | |
| **Defendant(s)** | |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 2:06 p.m.

Appearance of counsel.

Argument presented on Defendants' Motion for Review of Taxation Costs [177]. The Court begins to rule, parties request recess to discuss settlement

Case passed, recalled.

Parties have entered into a stipulation. Stipulation read onto the record.

**ORDERED:   Motion [177] denied without prejudice as MOOT.**

Court in Recess: 2:31 p.m.     Hearing concluded.     Total time in Court: 00:22

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119