IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01006-MSK-BNB

JOHN STEPHEN HEANEY,

Plaintiff,

v.

DETECTIVE JAMES COSTIGAN,
DETECTIVE MICHAEL CORDOVA,
DETECTIVE NOEL IKEDA,
SERGEANT DANIEL STEELE, and
THE CITY AND COUNTY OF DENVER, COLORADO,

Defendants.

_____

**ORDER**
_____

I am informed that this matter has been resolved by the parties. Accordingly,

IT IS ORDERED that the defendants' **Motion for Review of Taxation of Costs** [Doc. # 177, filed 6/13/2012] is DENIED without prejudice as moot.

Dated July 27, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge